IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ELIZABETH LEE HOWARD,           )<br>                                 )<br>     Plaintiff,                  )<br>                                 )<br>          v.                    )<br>                                 )<br> THE UNITED STATES OF AMERICA,   )<br>                                 )<br>     Defendant.                  ) | No. 18-01426 T<br>(Senior Judge<br>Marian Blank Horn) |

NOTICE OF DISMISSAL

PURSUANT TO RULE 41(a)(1)(A)(i) of the United States Court of Federal Claims, Plaintiff hereby files this Notice of Dismissal.  Since Plaintiff filed the complaint in this action on September 18, 2018, no answer, motion for summary judgment or motion for judgment on the administrative record has been filed by the opposing party.  Accordingly, this action is dismissed without a court order.

Date:  May 31, 2019                /s/ Michelle Y. Ku_____
                                   VAL J. ALBRIGHT
                                   214-999-4825 (Tel. No.)
                                   888-400-5967 (Fax. No.)
                                   Email:  valbright@foley.com
                                   MICHELLE Y. KU
                                   214-999-4256 (Tel. No.)
                                   888-400-5967 (Fax. No.)
                                   Email:  mku@foley.com
                                   FOLEY GARDERE
                                      FOLEY & LARDNER LLP
                                   2021 McKinney Avenue, Suite 1600
                                   Dallas, Texas 75201

                                   Counsel for Plaintiff